**No. 10-9203. Martrey Antwain Newby, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1804, 179 L. Ed. 2d 670, 2011 U.S. LEXIS 2459.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 809.

**No. 10-9207. Anthony Dixon, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1805, 179 L. Ed. 2d 670, 2011 U.S. LEXIS 2496.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 405 Fed. Appx. 19.

**No. 10-9212. Gustavo T. Luna, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1805, 179 L. Ed. 2d 670, 2011 U.S. LEXIS 2482.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9224. Edward Frank Brewer, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1805, 179 L. Ed. 2d 670, 2011 U.S. LEXIS 2578.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 624 F.3d 900.

**No. 10-9254. David L. Howard, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1805, 179 L. Ed. 2d 670, 2011 U.S. LEXIS 2427.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 858.